**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS and its
President, Michael Fusella, individually;
and PINELLAS COUNTY YOUNG
REPUBLICANS, and its President Parisa
Mousavi, individually,

      Plaintiffs,

v.                                Case No. 8:25-cv-02486-WFJ-TGW

HOWARD W. LUTNICK, in his official
capacity as Secretary of Commerce, and
RON S. JARMIN, in his official capacity
as Acting Director of the U.S. Census
Bureau,

      Defendants.

_____/

**MOTION FOR SPECIAL ADMISSION OF**
**ATTORNEY CRYSTAL CLANTON *PRO HAC VICE***

      Plaintiffs, University of South Florida College Republicans, Michael Fusella,

Pinellas County Young Republicans, and Parisa Mousavi ("Plaintiffs"), by and

through undersigned counsel and pursuant to Local Rule 2.01(c), hereby file this

Motion for Special Admission of attorney CRYSTAL CLANTON, to appear on

behalf of Plaintiffs as counsel *pro hac vice* in this matter. As grounds in support of

this Motion, Plaintiffs state as follows:

1.    Counsel to be admitted *pro hac vice* is CRYSTAL CLANTON. She is
an attorney with the law firm America First Legal, 611 Pennsylvania Ave.,
Washington, D.C. 20003.

2.    CRYSTAL CLANTON is an active member in good standing of the
Bar of the State of Alabama (Bar No. 174D29O). She is also admitted to practice
before the United States Court of Appeals for the Eleventh Circuit.

3.    Attorney CRYSTAL CLANTON will be devoting significant amounts
of time to this action, and it is expected that she will continue to participate in all
aspects of this case.

4.    In addition, CRYSTAL CLANTON is familiar with and will be
governed by the Local Rules of the Middle District of Florida, including Local Rule
2.04, and is also familiar with and will be governed by Florida's Rules of
Professional Conduct and the other ethical limitations or requirements governing the
behaviors of the members of The Florida Bar.

5.    CRYSTAL CLANTON is not a resident of the state of Florida and has
not abused the privilege of special appearance by frequent or regular appearances in
separate cases to such a degree as to constitute the maintenance of a regular practice
of law in the State of Florida. CRYSTAL CLANTON has not been admitted *pro hac
vice* in any state or federal court located in the State of Florida in the last 36 (thirty-
six) months.

6.      Further, CRYSTAL CLANTON certifies that she will comply with the
fee and email registration requirements and that, in connection with the filing of this
motion, the $150.00 Special Admission Fee has been submitted to the Clerk of the
Court on her behalf.

7.      Based on the foregoing, CRYSTAL CLANTON should be admitted
*pro hac vice* as counsel on behalf of Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order
admitting CRYSTAL CLANTON to appear *pro hac vice* as counsel on behalf of
Plaintiffs.

Dated: October 7, 2025

Respectfully submitted,

*/s/ R. Quincy Bird*
R. Quincy Bird (FBN 105746)
Timothy W. Weber (FBN 86789)
Jeremy D. Bailie (FBN 118558)
**WEBER, CRABB & WEIN, P.A.**
5453 Central Avenue
St. Petersburg, FL 33710
Telephone: (727) 828-9919
Facsimile: (727) 828-9924
Timothy.Weber@webercrabb.com
Jeremy.Bailie@webercrabb.com
Quincy.Bird@webercrabb.com
Secondary:
lisa.willis@webercrabb.com
honey.rechtin@webercrabb.com
natalie.deacon@webercrabb.com

*Counsel to Plaintiffs*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)</u>

Plaintiff has attempted to confer in good faith with the United States Attorney for the Middle District of Florida, and with the United States Department of Justice. Defendants have been served with both the summons and the operative complaint in this case, but have yet to file any papers in this matter. Nor have any counsel for Defendants made an appearance in this matter. Consequently, it is unknown whether Defendants oppose this motion.