# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS and its
President, Michael Fusella, individually;
and PINELLAS COUNTY YOUNG
REPUBLICANS, and its President Parisa
Mousavi, individually,

    Plaintiffs,

v.

Case No. 8:25-cv-02486-WFJ-TGW

HOWARD W. LUTNICK, in his official
capacity as Secretary of Commerce, and
RON S. JARMIN, in his official capacity
as Acting Director of the U.S. Census
Bureau,

    Defendants.
_____/

## MOTION FOR SPECIAL ADMISSION OF
## ATTORNEY RYAN GIANNETTI *PRO HAC VICE*

Plaintiffs, University of South Florida College Republicans, Michael Fusella, Pinellas County Young Republicans, and Parisa Mousavi ("Plaintiffs"), by and through undersigned counsel and pursuant to Local Rule 2.01(c), hereby file this Motion for Special Admission of attorney RYAN GIANNETTI, to appear on behalf of Plaintiffs as counsel *pro hac vice* in this matter. As grounds in support of this Motion, Plaintiffs state as follows:

1. Counsel to be admitted *pro hac vice* is RYAN GIANNETTI. He is an attorney with the law firm America First Legal, 611 Pennsylvania Ave., Washington, D.C. 20003.

2. RYAN GIANNETTI is an active member in good standing of the Bar of the State of Maryland (Bar No. 1912170132) and the District of Columbia (Bar No. 1613384). He is admitted to practice before the United States Court of Federal Claims, the United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Michigan, the United States District Court for the District of Columbia, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit, and the District of Columbia Court of Appeals.

3. Attorney RYAN GIANNETTI will be devoting significant amounts of time to this action, and it is expected that he will continue to participate in all aspects of this case.

4. In addition, RYAN GIANNETTI is familiar with and will be governed by the Local Rules of the Middle District of Florida, including Local Rule 2.04, and is also familiar with and will be governed by Florida's Rules of Professional Conduct and the other ethical limitations or requirements governing the behaviors of the members of The Florida Bar.

5. RYAN GIANNETTI is not a resident of the state of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. RYAN GIANNETTI has not been admitted *pro hac vice* in any state or federal court located in the State of Florida in the last 36 (thirty-six) months.

6. Further, RYAN GIANNETTI certifies that he will comply with the fee and email registration requirements and that, in connection with the filing of this motion, the $150.00 Special Admission Fee has been submitted to the Clerk of the Court on his behalf.

7. Based on the foregoing, RYAN GIANNETTI should be admitted *pro hac vice* as counsel on behalf of Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order admitting RYAN GIANNETTI to appear *pro hac vice* as counsel on behalf of Plaintiffs.

Dated: October 7, 2025

Respectfully submitted,

*/s/ R. Quincy Bird*
R. Quincy Bird (FBN 105746)
Timothy W. Weber (FBN 86789)
Jeremy D. Bailie (FBN 118558)
**WEBER, CRABB & WEIN, P.A.**
5453 Central Avenue

3

St. Petersburg, FL 33710
Telephone: (727) 828-9919
Facsimile: (727) 828-9924
Timothy.Weber@webercrabb.com
Jeremy.Bailie@webercrabb.com
Quincy.Bird@webercrabb.com
Secondary:
lisa.willis@webercrabb.com
honey.rechtin@webercrabb.com
natalie.deacon@webercrabb.com

*Counsel to Plaintiffs*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Plaintiff has attempted to confer in good faith with the United States Attorney for the Middle District of Florida, and with the United States Department of Justice. Defendants have been served with both the summons and the operative complaint in this case, but have yet to file any papers in this matter. Nor have any counsel for Defendants made an appearance in this matter. Consequently, it is unknown whether Defendants oppose this motion.

4