## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS and its
President, Michael Fusella, individually;
and PINELLAS COUNTY YOUNG
REPUBLICANS, and its President, Parisa
Mousavi, individually,

    Plaintiffs,

v.                                        Case No. 8:25-cv-2486-WFJ-TGW

HOWARD W. LUTNICK, in his official
Capacity as Secretary of Commerce, and
RON S. JARMIN, in his official capacity
as Acting Director of the U.S. Census Bureau,

    Defendants.
_____/

## ORDER OF REFERRAL
## TO CHIEF JUDGE PRYOR PER 28 U.S.C. § 2284

The undersigned, pursuant to 28 U.S.C. § 2284, respectfully refers to the Chief Judge the request for a three-judge panel filed in *University of South Florida College Republicans, et al.* v. *Howard W. Lutnick, et al.*, No. 8:25-cv-2486-WFJ-TGW (M.D. Fla.).  The amended complaint (Dkt. 2) and request for three-judge panel (Dkt. 22) are attached to this Order.

It is further ordered that a copy of this Order be immediately forwarded to the Chief Judge of the U.S. Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Tampa, Florida, October 8, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Clerk, U.S. Court of Appeals, Atlanta, via post
Chief Judge, U.S. Court of Appeals for the Eleventh Circuit, c/o Clerk of Court