IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS and its President, Michael Fusella, individually; and PINELLAS COUNTY YOUNG REPUBLICANS, and its President, Parisa Mousavi, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>HOWARD W. LUTNICK, in his official Capacity as Secretary of Commerce, and RON S. JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>        Defendants. | Case No. 8:25-cv-2486-WFJ-TGW<br><br>1. <u>Requesting District Judge</u><br><br>   Hon. William F. Jung<br><br>2. <u>District Judge</u><br><br>   Hon. Steven D. Merryday<br><br>3. <u>Circuit Judge</u><br><br>   Hon. Robin S. Rosenbaum |

<u>DESIGNATION OF THREE-JUDGE COURT</u>
[28 U.S.C. § 2284]

District Judge William F. Jung has notified me that this action is one required by Act of Congress to be heard by a district court of three judges. I hereby designate District Judge Steven D. Merryday and Circuit Judge Robin S.

Rosenbaum to serve with the requesting judge, District Judge William F. Jung, as members of the three-judge court to hear and decide the action.

This designation is not a prejudgment as to whether this action should be heard by a three-judge court. Federal law requires the chief circuit judge to designate a three-judge panel upon the filing of a request for such a panel. 28 U.S.C. § 2284(b)(1). "[T]he chief judge's duty is solely ministerial. . . . The three-judge court itself, of course, may subsequently determine that it should not have been constituted." *Merced Rosa v. Herrero*, 423 F.2d 591, 593 n.2 (1st Cir. 1970). The parties will have the opportunity to brief and argue all questions before the three-judge court as the court concludes is appropriate.

Dated this 17th day of October, 2025.

William H. Pryor Jr.
Chief Judge, United States Court of
Appeals for the Eleventh Circuit

2