UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS AND ITS PRESIDENT, MICHAEL FUSELLA, INDIVIDUALLY; AND PINELLAS COUNTY YOUNG REPUBLICANS, AND ITS PRESIDENT PARISA MOUSAVI, INDIVIDUALLY, <br><br> PLAINTIFFS, <br><br> V. <br><br> HOWARD W. LUTNICK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, AND GEORGE COOK, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU, <br><br> DEFENDANTS. | CASE NO.: 8:25-CV-02486 WFJ-TGW |

**DECLARATION OF RICHARD FIESTA**

Exhibit A

I, Richard Fiesta, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. Since 2013, I have served as the Executive Director of the Alliance for Retired Americans ("the Alliance"), a grassroots organization with approximately 4.4 million members across the country, including 206,373 members in Florida.

3. The Alliance's mission is to ensure the social and economic justice and full civil rights that retirees have earned after a lifetime of work, with a particular emphasis on protecting the right to vote and safeguarding federal programs that benefit retirees.

4. Our membership is composed of retirees, most of whom are over the age of 65, from public and private sector unions and community organizations, as well as individual activists. Many of our members live in nursing homes and assisted living facilities around the country, including in Florida.

5. The Alliance's members generally oppose cuts to Medicare and any effort to reduce benefits or privatize the program. While advocating for this position, our members often rely on census data to produce fact sheets and position papers that better educate both lawmakers and the public regarding

the number of retirees who rely on such programs to fulfill their most basic needs.

6. I understand that the Plaintiffs' lawsuit against the U.S. Census Bureau ("the Bureau") seeks to compel this court to order a new 2020 Census that does not rely on certain methods used to determine the populations of group housing, or other statistical methods or methodologies, and to request that the Bureau implement that same standard when collecting census data in 2030.

7. If the Plaintiffs are successful in undercutting the results of the 2020 Census and compelling the Bureau to restrict its methods of data collection, it will likely lead to undercounting the Alliance's members who live in group quarters like nursing homes and assisted living facilities, and others like them. The effect would be to dilute the Alliance members' votes by undercounting population in the areas they live and thereby overpopulating their districts, decreasing their representation, and harming their ability to ensure that the federal programs they rely on remain accessible and subject to equitable distribution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2025 _____

*Richard Fiesta*
_____
Richard Fiesta