UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS AND ITS PRESIDENT, MICHAEL FUSELLA, INDIVIDUALLY; AND PINELLAS COUNTY YOUNG REPUBLICANS, AND ITS PRESIDENT PARISA MOUSAVI, INDIVIDUALLY, <br><br> PLAINTIFFS, <br><br> V. <br><br> HOWARD W. LUTNICK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, AND GEORGE COOK, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU, <br><br> DEFENDANTS. | CASE NO.: 8:25-CV-02486 WFJ-TGW |

**DECLARATION OF MANUEL GUERRERO**

I, Manuel Guerrero, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

Exhibit C

2. I am a registered voter in Orange County and reside in Florida's 10th Congressional District.

3. I am an undergraduate student at the University of Central Florida in Orlando. In addition to my studies, I engage in youth voter outreach and political organizing in my community.

4. I have lived in on-campus student housing since I enrolled at the University of Central Florida in 2024.

5. I understand that the Plaintiffs' lawsuit against the U.S. Census Bureau ("the Bureau") seeks an order compelling a new 2020 Census that does not rely on statistical methods or methodologies, including "group quarters imputation," and to request that the Bureau implement that same standard when collecting census data in 2030.

6. I am concerned that, if Plaintiffs' claims succeed, residents of group quarters like student dormitories will go undercounted or uncounted in the census, and my vote will be diluted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2025

_____

Manuel Guerrero