IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOWARD W. LUTNICK, Secretary of Commerce, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-02486- WFJ-SDM-RSR |

## NOTICE OF APPEARANCE

Kevin K. Bell, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of Defendants in the above-captioned case.

Dated: October 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kevin K Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Counsel for Defendants*