# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS and its
President, Michael Fusella, individually;
and PINELLAS COUNTY YOUNG
REPUBLICANS, and its President Parisa
Mousavi, individually,

    Plaintiffs,

v.                                                                                  Case No. 8:25-cv-02486

HOWARD W. LUTNICK, in his official
capacity as Secretary of Commerce, and
GEORGE COOK, in his official capacity
as Acting Director of the U.S. Census
Bureau,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Emily C. Percival. of America First Legal Foundation, who is admitted or otherwise authorized to practice in this court and will be appearing on behalf of the Plaintiffs, UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS; its President, Michael Fusella, individually; PINELLAS COUNTY YOUNG REPUBLICANS; and its President Parisa Mousavi, individually (collectively "Plaintiffs")

and hereby enters this Notice of Appearance on her behalf in the above-captioned cause.

DATED: October 29, 2025

                                              Respectfully submitted,

*/s/ Emily C. Percival*
Emily Percival (FBN 119313)
James K. Rogers (AZ Bar No. 027287)*
Ryan Giannetti (DC Bar No. 1613384)*
Crystal Clanton (AL Bar No. 1746D29O)*
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (202) 964-3721
emily.percival@aflegal.org
james.rogers@aflegal.org
ryan.giannetti@aflegal.org
crystal.clanton@aflegal.org

*Admitted pro hac vice*
*Counsel to Plaintiffs*

R. Quincy Bird (FBN 105746)
Timothy W. Weber (FBN 86789)
Jeremy D. Bailie (FBN 118558)
**WEBER, CRABB & WEIN, P.A.**
5453 Central Avenue
St. Petersburg, FL 33710
Telephone: (727) 828-9919
Facsimile: (727) 828-9924
Timothy.Weber@webercrabb.com
Jeremy.Bailie@webercrabb.com
Quincy.Bird@webercrabb.com
Secondary:
lisa.willis@webercrabb.com
honey.rechtin@webercrabb.com
natalie.deacon@webercrabb.com

*Counsel to Plaintiffs*

2