# Exhibit A

| Response to (2&5): Building Name | Response to (2&5): Address | | | | Response to (1): Available Units on 4/1/2020 | Response to (3): Residents actually residing on 3/15/2020 | Response to (4): Residents actually residing on 4/1/2020 | Response to (6): Total number of residents reported to the U.S. Census Bureau on Group Quarters Report |
|---|---|---|---|---|---|---|---|---|
| | Street | City | State | Zip | | | | |
| Apollo Lake | 4120 Pyxis Ln. | Orlando | FL | 32816 | 108 | 104 | 1 | 104 |
| Apollo Osceola | 4108 Pyxis Ln. | Orlando | FL | 32816 | 103 | 102 | 3 | 102 |
| Apollo Polk | 4096 Pyxis Ln. | Orlando | FL | 32816 | 108 | 106 | 3 | 106 |
| Apollo Volusia | 4132 Pyxis Ln. | Orlando | FL | 32816 | 108 | 104 | 1 | 104 |
| Greek Park 409 | 4321 Greek Park Dr. | Orlando | FL | 32816 | 38 | 36 | 2 | 36 |
| Greek Park 411 | 4400 Greek Ct. | Orlando | FL | 32816 | 45 | 35 | 1 | 35 |
| Greek Park 416 | 4144 Greek Park Dr. | Orlando | FL | 32816 | 40 | 38 | 0 | 38 |
| Greek Park 417 | 4176 Greek Park Dr. | Orlando | FL | 32816 | 40 | 40 | 0 | 40 |
| Hercules 108 | 4139 Ursa Minor St. | Orlando | FL | 32816 | 139 | 135 | 4 | 135 |
| Hercules 109 | 4125 Ursa Minor St. | Orlando | FL | 32816 | 151 | 148 | 3 | 148 |
| Hercules 110 | 4133 Ursa Minor St. | Orlando | FL | 32816 | 169 | 167 | 8 | 167 |
| Hercules 111 | 4155 Ursa Minor St. | Orlando | FL | 32816 | 164 | 163 | 7 | 163 |
| Hercules 112 | 4147 Ursa Minor St. | Orlando | FL | 32816 | 13 | 11 | 1 | 11 |
| Hercules 113 | 4120 Ursa Minor St. | Orlando | FL | 32816 | 164 | 162 | 9 | 162 |
| Hercules 114 | 4128 Ursa Minor St. | Orlando | FL | 32816 | 16 | 16 | 0 | 16 |
| Lake Claire 55 | 12612 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 56 | 12606 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 57 | 12600 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 58 | 12592 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 59 | 12586 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 60 | 12568 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 61 | 12562 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 46 | 1 | 46 |
| Lake Claire 62 | 12556 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 2 | 47 |
| Lake Claire 63 | 12550 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 1 | 47 |
| Lake Claire 64 | 12574 Gemini Blvd. N. | Orlando | FL | 32816 | 44 | 43 | 2 | 43 |
| Lake Claire 66 | 12538 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 0 | 47 |
| Lake Claire 67 | 12532 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 2 | 47 |
| Lake Claire 68 | 12526 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 47 | 0 | 47 |
| Lake Claire 69 | 12520 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 46 | 1 | 46 |
| Lake Claire 70 | 12544 Gemini Blvd. N. | Orlando | FL | 32816 | 47 | 46 | 1 | 46 |
| Libra Brevard | 4048 Libra Dr. | Orlando | FL | 32816 | 121 | 119 | 0 | 119 |
| Libra Citrus | 4024 Libra Dr. | Orlando | FL | 32816 | 118 | 112 | 1 | 112 |
| Libra Flagler | 4000 Libra Dr. | Orlando | FL | 32816 | 233 | 219 | 5 | 219 |
| Libra Orange | 4032 Libra Dr. | Orlando | FL | 32816 | 156 | 155 | 1 | 155 |
| Libra Seminole | 4008 Libra Dr. | Orlando | FL | 32816 | 162 | 160 | 2 | 160 |
| Libra Sumter | 4016 Libra Dr. | Orlando | FL | 32816 | 234 | 223 | 2 | 223 |
| Neptune 156 | 3676 Libra Dr. | Orlando | FL | 32816 | 203 | 202 | 8 | 202 |
| Neptune 157 | 3700 Libra Dr. | Orlando | FL | 32816 | 208 | 204 | 3 | 204 |
| Neptune 158 | 3692 Libra Dr. | Orlando | FL | 32816 | 255 | 253 | 6 | 253 |
| Nike 101 | 3740 Libra Dr. | Orlando | FL | 32816 | 143 | 142 | 1 | 142 |
| Nike 102 | 3732 Libra Dr. | Orlando | FL | 32816 | 151 | 142 | 3 | 142 |
| Nike 103 | 3724 Libra Dr. | Orlando | FL | 32816 | 169 | 165 | 8 | 165 |
| Nike 104 | 3756 Libra Dr. | Orlando | FL | 32816 | 164 | 161 | 4 | 161 |
| Nike 105 | 3748 Libra Dr. | Orlando | FL | 32816 | 13 | 12 | 1 | 12 |
| Nike 106 | 3708 Libra Dr. | Orlando | FL | 32816 | 160 | 158 | 7 | 158 |
| Nike 107 | 3716 Libra Dr. | Orlando | FL | 32816 | 16 | 16 | 0 | 16 |
| NorthView | 3925 Lockwood Blvd. | Oviedo | FL | 32765 | 594 | 586 | 59 | 586 |
| Rosen 904 | 9907 Universal Blvd. | Orlando | FL | 32819 | 204 | 198 | 35 | 198 |
| Rosen 905 | 9907 Universal Blvd. | Orlando | FL | 32819 | 181 | 176 | 30 | 176 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tower 1 | 4274 West Plaza Dr. | Orlando | FL | 32816 | 504 | 495 | 26 | 495 |
| Tower 2 | 4290 West Plaza Dr. | Orlando | FL | 32816 | 510 | 498 | 84 | 498 |
| Tower 3 | 4167 Mensa Ln. | Orlando | FL | 32816 | 474 | 468 | 35 | 468 |
| Tower 4 | 4291 Mensa Ln. | Orlando | FL | 32816 | 508 | 493 | 46 | 493 |
| UnionWest | 601 W. Livingston St. | Orlando | FL | 32801 | 640 | 567 | 78 | 567 |
| | | | | | **7989** | | **504** | **7989** |