# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. LUTNICK, in his official capacity as Secretary of Commerce, et al., <br><br> Defendants. | Case No. 8:25-cv-02486 |

## CONSENT TO AMEND

Pursuant to Federal Rule of Civil Procedure 15(a)(2), I certify that counsel for Defendants have consented in writing to the filing of Plaintiffs' Second Amended Complaint.

DATED: November 12, 2025                    Respectfully submitted,

*/s/ Emily Percival*
James K. Rogers (AZ Bar No. 027287)*         R. Quincy Bird (FBN 105746)
Emily Percival (FBN 119313)                  Timothy W. Weber (FBN 86789)
Ryan Giannetti (DC Bar No. 1613384)*         Jeremy D. Bailie (FBN 118558)
Crystal Clanton (AL Bar No. 1746D29O)*       **Weber, Crabb & Wein, P.A.**
Robert A. Crossin (IN Bar No. 39340-49)*     5453 Central Avenue
**America First Legal Foundation**           St. Petersburg, FL 33710
611 Pennsylvania Ave., SE #231               Telephone: (727) 828-9919
Washington, D.C. 20003                       Facsimile: (727) 828-9924
Phone: (202) 964-3721                        quincy.bird@webercrabb.com
james.rogers@aflegal.org                     timothy.weber@webercrabb.com
emily.percival@aflegal.org                   jeremy.bailie@webercrabb.com
ryan.giannetti@aflegal.org
crystal.clanton@aflegal.org                  *Admitted *pro hac vice*
bobby.crossin@aflegal.org                    *Counsel to Plaintiffs*