# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, *et al.*,

    *Plaintiffs*,

v.

HOWARD W. LUTNICK, Secretary of Commerce, *in his official capacity*, *et al.*,

    *Defendants*.

Case No. 8:25-cv-2486-WFJ-SDM-RSR

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Under the Case Management and Scheduling Order entered by this Court, ECF No. 57, federal Defendants' and Intervenors' response to Plaintiffs' Motion for Summary Judgment, ECF No. 50, is due Friday, December 5, 2025. Federal Defendants respectfully request a 14-day extension of this deadline to Friday, December 19, 2025. Plaintiffs oppose this requested extension, and Intervenors consent to this extension provided that their deadline to respond to the Motion for Summary Judgment is similarly extended.

**MEMORANDUM OF LAW**

"A district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 Fed. Appx. 239, 250 (11th Cir. 2006) (citing *Four Seasons Hotels v. Consorcio Barr*, 377 F.3d 1165, 1172 n. 7 (11th Cir. 2004)). Federal Rule of Civil

Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . before the original time or its extension expires . . . ."

Good cause exists to extend federal Defendants' opposition deadline by fourteen days to December 19, 2025. Plaintiffs filed 934 pages of exhibits with their Motion for Summary Judgment, including technical assessments of the 2020 Census and related data and methods. *See, e.g.*, ECF No. 50-10; ECF No. 50-23. This voluminous filing must be reviewed and a response crafted during the Thanksgiving holiday and the preparation for the winter holidays. An extension of fourteen days is justified to allow federal Defendants sufficient time to fully assess Plaintiffs' claims and accommodate deadlines in other pressing matters. Federal Defendants also anticipate submitting at least one declaration with their opposition, and need additional time to do so. This modest extension would not otherwise impact the case schedule. Federal Defendants have conferred with Plaintiffs, who would agree to a 10-day extension but oppose the requested 14-day extension. Federal Defendants have also conferred with Intervenors, who consent provided that their deadline to respond to the Motion for Summary Judgment is similarly extended.

* * *

For the foregoing reasons, federal Defendants respectfully request that the Court extend the deadline to respond to Plaintiffs' Motion for Summary Judgment by 14 days to December 19, 2025.

Dated: November 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Lead Counsel for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for federal Defendants has conferred with counsel for Plaintiffs and for Intervenors by email. Plaintiffs stated that they would agree to a 10-day extension but oppose the requested 14-day extension. Intervenors stated that they would consent to a 14-day extension provided that their deadline to respond to the Motion for Summary Judgment is similarly extended.

Dated: November 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ Kevin K. Bell
KEVIN K. BELL
(GA Bar No. 967210)
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Lead Counsel for Defendants*