**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. LUTNICK, in his official capacity as Secretary of Commerce, et al., <br><br> Defendants. | Case No. 8:25-cv-02486 <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

"It shall be the duty of a United States district court hearing an action brought under this section … to advance on the docket and to expedite to the greatest possible extent the disposition of any such matter." Pub. L. No. 105-119, § 209(e)(2). On November 15, 2025, Plaintiffs and the sole Defendant at that time, represented by the Department of Justice ("DOJ"), submitted a joint "Uniform Case Management Report" in which the parties agreed to a summary judgment briefing schedule except for the due date of Defendant's response. ECF No. 53. Plaintiffs had repeatedly offered December 15, 2025, which gave Defendants 31 days to respond to Plaintiffs' dispositive motion—10 days longer than the Court's local rule. *See* L.R. 3.01(c). Despite having advance notice of Plaintiffs' intent to file the Motion for Summary Judgment and a lengthy

1

conferral period on the Statement of Undisputed Facts, Defendants could not agree to the December 15 deadline.

The parties requested a conference with Judge Jung to settle this unresolved issue. ECF No. 53. Instead of granting the request for a conference, the Court entered its "Case Management and Scheduling Order" setting the deadline for Defendant's response back at the 21-day limit on December 5. Defendants (Census Bureau) asked this week if Plaintiffs would agree to a two-week extension. Plaintiffs renewed the initial offer of December 15, giving Defendants an additional 10 days. As evidenced by the Defendant's motion today, that offer was rejected.

Plaintiffs are committed to advancing these proceedings through the courts as "expeditiously" as possible. Defendants Census Bureau through DOJ counsel knew of Plaintiffs' intent to file their Motion for Summary Judgment as early as October 30, 2025, when Plaintiffs conferred with Defendant's counsel after he filed a Notice to Appear on October 29, 2025. ECF No. 35. Timelines were discussed at that time and a 30-day limit was proposed for the response deadline. Plaintiffs proposed that giving Defendants time to confer on the Statement of Undisputed Facts plus an additional 30 days to respond to the Motion was a sufficient amount of time to allow consideration of the claims while keeping the matter moving expeditiously. Now, Defendants request to extend the response deadline, moving Plaintiffs' reply deadline to the day after

a major holiday[1] and in the middle of a larger holiday period that is bound to cause delay.

Plaintiffs urge the Court to reconsider the parties' jointly filed Uniform Case Management Report and to consider the negotiations the parties have engaged in over the previous months. Defendant's Motion proposes to push these deadlines into a period that is guaranteed to cause delays. This matter must continue to move forward and not stagnate during the end-of-year period. Plaintiffs recognize that it is "solely the court's province to grant an extension of time," Judge William Jung Preferences, *Requests for Extensions of Time*, https://perma.cc/JN9T-JXUA, and ask the Court to deny this request.

DATED: November 26, 2025                                        Respectfully submitted,

| | |
|---|---|
| */s/ Emily Percival* | R. Quincy Bird (FBN 105746) |
| James K. Rogers (AZ Bar No. 027287)* | Timothy W. Weber (FBN 86789) |
| Emily Percival (FBN 119313) | Jeremy D. Bailie (FBN 118558) |
| Ryan Giannetti (DC Bar No. 1613384)* | WEBER, CRABB & WEIN, P.A. |
| Crystal Clanton (AL Bar No. 1746D29O)* | 5453 Central Avenue |
| Robert A. Crossin (IN Bar No. 39340-49)* | St. Petersburg, FL 33710 |
| AMERICA FIRST LEGAL FOUNDATION | Telephone: (727) 828-9919 |
| 611 Pennsylvania Ave., SE #231 | Facsimile: (727) 828-9924 |
| Washington, D.C. 20003 | timothy.weber@webercrabb.com |
| Phone: (202) 964-3721 | jeremy.bailie@webercrabb.com |
| james.rogers@aflegal.org | quincy.bird@webercrabb.com |
| emily.percival@aflegal.org | |
| ryan.giannetti@aflegal.org | *Admitted *pro hac vice* |
| crystal.clanton@aflegal.org | |
| bobby.crossin@aflegal.org | *Counsel to Plaintiffs* |

---

[1] Per Judge Jung's chamber preferences, Plaintiffs will have 7 days to reply to Defendant's response. Judge William Jung Preferences, *Replies (Civil and Criminal Cases)*, https://perma.cc/JN9T-JXUA.