**Exhibit Index**

| Number | Title |
|---|---|
| Exhibit A | Declaration and CV of Dr. Cory McCartan |
| Exhibit B | Andrew Keller, et al., *How We Unduplicated Responses in the 2020 Census*, U.S. CENSUS BUREAU (Apr. 22, 2021) |
| Exhibit C | U.S. CENSUS BUREAU, RESIDENCE CRITERIA AND RESIDENCE SITUATIONS FOR THE 2020 CENSUS OF THE UNITED STATES |