## Exhibit Index

| Number | Title |
|---|---|
| Exhibit A | Expert Report of Dr. Thomas L. Brunell, dated December 31, 2025 |
| Exhibit B | Expert Report of Dr. David W. Puelz, dated December 31, 2025 |