# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. LUTNICK, et al., <br><br> Defendants. | Case No. 8:25-cv-2486 <br><br> **PLAINTIFFS' REPLY TO INTERVENORS' RESPONSE TO MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS** |

### PLAINTIFFS' REPLY TO INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO STAY DISCOVERY

Plaintiffs seek a stay of all remaining deadlines because Plaintiffs "wish to proceed at [the] pace," which will swiftly bring this case to resolution. ECF No. 78 at 1. The Panel's ruling on either dispositive motion is that route.

Plaintiffs filed their Motion for Summary Judgment at an early stage of litigation because—as Federal Government Defendants agreed—"discovery is unnecessary in this case." ECF No. 57 at n. 2. This is why Plaintiffs relied on publicly available information as the basis for their motion. Intervenors' Motion to Dismiss does not change this lack of a need for discovery "*at this juncture.*" ECF No. 76 at 7 (emphasis added). Plaintiffs appreciate that, depending on how the Panel rules, motions practice will continue and discovery

1

will reopen. Plaintiffs are simply asking the Court to consider the two motions on the record as it exists today.

The record now includes Plaintiffs' two expert reports, which were disclosed to all opposing parties on December 31, 2025. Plaintiffs—despite taking the position that discovery was not necessary in this case and agreeing with the named Defendants as to that fact—participated in Initial and Expert Disclosures per court order and in good faith. Though Plaintiffs do not cite the reports in their Motion for Summary Judgment—the reports did not yet exist—and had no intention of bringing them to the Panel's attention prior to pretrial disclosures or in response to Defendants' dispositive motions, Intervenors have now made the reports part of the record simply to support the proposition that Intervenors will eventually "seek to depose these experts." ECF No. 78 at 3. Plaintiffs never foreclosed that possibility. Plaintiffs only seek a "targeted, temporary stay … to secure a just, speedy, and inexpensive determination of the action," which Intervenors did not oppose. ECF No. 76 at 8.

Plaintiffs have moved the Panel to grant judgment *as a matter of law* in their favor. All parties agree that the Panel should consider this and the Motion to Dismiss as the record exists now. Notwithstanding Intervenors' Response today, it appears all parties—Plaintiffs, Federal Defendants, and Intervenors—support a stay at this time. Plaintiffs only request the

"extraordinarily expedited" consideration it is entitled to under Section 209(b) of Public Law 105-119.

| | |
|---|---|
| DATED: January 8, 2026 | Respectfully submitted, |
| | |
| */s/ Emily Percival* | R. Quincy Bird (FBN 105746) |
| James K. Rogers (AZ Bar No. 027287)* | Timothy W. Weber (FBN 86789) |
| Emily Percival (FBN 119313) | Jeremy D. Bailie (FBN 118558) |
| Ryan Giannetti (DC Bar No. 1613384)* | **Weber, Crabb & Wein, P.A.** |
| Crystal Clanton (AL Bar No. 1746D29O)* | 5453 Central Avenue |
| Robert A. Crossin (IN Bar No. 39340-49)* | St. Petersburg, FL 33710 |
| William Scolinos (DC Bar No. 90023488)** | Telephone: (727) 828-9919 |
| **America First Legal Foundation** | Facsimile: (727) 828-9924 |
| 611 Pennsylvania Ave., SE #231 | timothy.weber@webercrabb.com |
| Washington, D.C. 20003 | jeremy.bailie@webercrabb.com |
| Phone: (202) 964-3721 | quincy.bird@webercrabb.com |
| james.rogers@aflegal.org | |
| emily.percival@aflegal.org | *Admitted *pro hac vice* |
| ryan.giannetti@aflegal.org | |
| crystal.clanton@aflegal.org | ***Pro hac vice* application |
| bobby.crossin@aflegal.org | forthcoming |
| william.scolinos@aflegal.org | |
| | *Counsel to Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Emily Percival*
Emily Percival
