IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOWARD W. LUTNICK, Secretary of Commerce, *in his official capacity*, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-2486-WFJ-SDM-RSR |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

On February 17, 2026, Plaintiffs filed their Third Amended Complaint, ECF No. 88, and added the United States as a Federal Defendant. The Parties have agreed to extend the time for all Federal Defendants and Intervenor Defendants to respond to Plaintiffs' Third Amended Complaint, and to not require separate service on the United States. Federal Defendants respectfully request until March 27, 2026, for all Federal Defendants and Intervenor Defendants to respond to Plaintiffs' Third Amended Complaint.

**MEMORANDUM OF LAW**

"A district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 Fed. Appx. 239, 250 (11th Cir. 2006) (citing *Four Seasons Hotels v. Consorcio Barr*, 377 F.3d 1165, 1172 n. 7 (11th Cir. 2004)). Federal Rule of Civil

Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . before the original time or its extension expires . . . ."

Good cause exists for the requested extension. Plaintiffs added the United States as a Federal Defendant in the Third Amended Complaint. *See* ECF No. 88. The Parties have agreed to extend the time for all Federal Defendants and Intervenor Defendants to respond to Plaintiffs' Third Amended Complaint, and to not require separate service on the United States. The requested unopposed extension will align all responses as opposed to piecemeal briefing. This is the first extension request for this deadline, and the requested deadline will not prejudice any party.

For the foregoing reasons, Federal Defendants respectfully request that the Court extend the deadline for all Federal Defendants and Intervenor Defendants to respond to Plaintiffs' Third Amended Complaint to March 27, 2026.

Dated: February 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

<u>/s/ *Kathryn Alkire*</u>
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov
*Counsel for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

The Parties conferred and Plaintiffs indicate that they will not oppose the requested extension in exchange for waiver of service on the United States and Intervenor Defendants consent to the requested extension.

Dated: February 25, 2026                                     Respectfully submitted,

                                                   BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Kathryn Alkire*
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov
*Counsel for Defendants*