**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

|  |  |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, *et al.*, <br><br>     *Plaintiffs*, <br><br>     v. <br><br> HOWARD W. LUTNICK, Secretary of Commerce, *in his official capacity*, *et al.*, <br><br>     *Defendants*. | Case No. 8:25-cv-2486-WFJ-SDM-RSR |

**DEFENDANTS' CONSENT MOTION
FOR ENLARGEMENT OF PAGES**

On February 25, 2026, the Court issued an Endorsed Order, Doc. 93, granting Defendants' Motion for Extension of Time, Doc. 92, and extending the deadline for Defendants to respond to Plaintiffs' Third Amended Complaint ("Complaint"), Doc. 88, to March 27. Defendants respectfully request leave of the Court to file a Motion to Dismiss that exceeds the 25-page limit in L.R. 3.01(a) by ten pages. Defendants need these additional ten pages because (i) Plaintiffs cite many articles and reports in the Complaint, which Defendants must weigh in their brief in support of the Motion to Dismiss; and (ii) the subject of this litigation is extremely technical, and properly addressing the statistical allegations at issue requires additional space in the brief.

Intervenor Defendants consent to this Motion. Plaintiffs consent to this Motion, and Defendants consent to a corresponding enlargement of pages for their opposition to the Motion should they need it.

For the foregoing reasons, Defendants respectfully request that the Court grant an enlargement of ten pages to respond to Plaintiffs' Complaint.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Lead Counsel for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiffs and for Intervenor Defendants by email. Intervenor Defendants consent to this Motion. Plaintiffs consent to this Motion, and Defendants consent to a corresponding enlargement of pages for their opposition to the Motion should they need it.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Lead Counsel for Defendants*