# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS, MICHAEL
FUSELLA, PINELLAS COUNTY YOUNG
REPUBLICANS, PARISA MOUSAVI, and
BYRON L. DONALDS,

      Plaintiffs,

v.

SECRETARY OF COMMERCE and ACTING
DIRECTOR, U.S. CENSUS BUREAU,

      Defendants,

ALLIANCE FOR RETIRED AMERICANS,
MANUEL GUERRERO, and CAMERON
DRIGGERS,

      Intervenors-Defendants.

_____/

**Case No. 8:25-cv-2486-WFJ-TGW**
**THREE-JUDGE COURT**

## ORDER DENYING MOTION TO COMPEL

Before ROSENBAUM, Circuit Judge, and JUNG and MERRYDAY, District Judges.

This matter is before the Court on the Plaintiffs' Motion to Compel Production of the Administrative Record, Dkt. 98. Defendants and Intervenors have filed Responses in opposition, Dkts. 101, 102, and Plaintiffs filed a Reply. Dkt. 104. The Motion seeks expedited production of the full administrative

record prior to the consideration of the Motions to Dismiss now pending. Dkt. 98 at 4–9. Alternately, the Motion seeks to limit the grounds upon which the Motions to Dismiss may be considered. *Id.* at 9.

The Court notes that the parties filed a Case Management Report on November 15, 2025, stating that no discovery was needed, and no special handling of discovery matters was requested. Dkt. 53 at 4. In response, on November 20, 2025, the Court entered a Case Management and Scheduling Order setting a discovery cut-off of February 20, 2026. Dkt. 57 at 1. On January 7, 2026, Plaintiffs filed an "Unopposed Motion to Stay Discovery And All Remaining Deadlines Pending the Panel's Resolution [of the prior dispositive motions]." Dkt. 76. The docket does not show any request to reopen or extend discovery.

Upon review, the Court **DENIES** the Plaintiff's Motion to Compel as untimely. If an extension or reopening of discovery is requested, a party may move for the same after consultation with opposing counsel.

**DONE AND ORDERED**, this 29th day of April, 2026.

/s/ William F. Jung_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**