**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

---

UNIVERSITY OF SOUTH FLORIDA COLLEGE REPUBLICANS, MICHAEL FUSELLA, PINELLAS COUNTY YOUNG REPUBLICANS, PARISA MOUSAVI, GRETCHEN ZOELLER, and BYRON L. DONALDS,

     *Plaintiffs*,

v.

SECRETARY OF COMMERCE, ACTING DIRECTOR, U.S. CENSUS BUREAU, and the UNITED STATES OF AMERICA,

     *Defendants*,

ALLIANCE FOR RETIRED AMERICANS, MANUEL GUERRERO, and CAMERON DRIGGERS,

     *Intervenors-Defendants*.

Case No. 8:25-cv-2486
**THREE-JUDGE PANEL**

---

## NOTICE OF APPEAL OF ORDER GRANTING MOTIONS TO DISMISS

Notice is hereby given that Plaintiffs appeal to the Supreme Court of the United States from this Court's July 7, 2026, Order dismissing the complaint with prejudice. Docs. 111, 112. This appeal is taken under Pub. L. No. 105-119, § 209(c)(2), 111 Stat. 2440, 2482 (1997).

DATED: July 8, 2026

Respectfully submitted,

*/s/ Emily Percival*
Emily Percival (FBN 119313)
James K. Rogers (AZ Bar # 027287)*
Robert A. Crossin (IN Bar # 39340-49)*
Alice Kass (MD Bar # 2511201130)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (202) 964-3721
emily.percival@aflegal.org
james.rogers@aflegal.org
bobby.crossin@aflegal.org
alice.kass@aflegal.org

R. Quincy Bird (FBN 105746)
Timothy W. Weber (FBN 86789)
Jeremy D. Bailie (FBN 118558)
WEBER, CRABB & WEIN, P.A.
5453 Central Avenue
St. Petersburg, FL 33710
Phone: (727) 828-9919
timothy.weber@webercrabb.com
jeremy.bailie@webercrabb.com
quincy.bird@webercrabb.com
Secondary:
lisa.willis@webercrabb.com
honey.rechtin@webercrabb.com
natalie.deacon@webercrabb.com

*Admitted *pro hac vice*

*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically served all counsel of record for the parties who have appeared.

*/s/ Emily Percival*
Emily Percival (FBN 119313)

2