# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
COLLEGE REPUBLICANS, MICHAEL
FUSELLA, PINELLAS COUNTY YOUNG
REPUBLICANS, PARISA MOUSAVI,
GRETCHEN ZOELLER, and BYRON L.
DONALDS,

    *Plaintiffs,*

v.

SECRETARY OF COMMERCE, ACTING
DIRECTOR, U.S. CENSUS BUREAU, and
the UNITED STATES OF AMERICA,

    *Defendants,*

ALLIANCE FOR RETIRED AMERICANS,
MANUEL GUERRERO, and CAMERON
DRIGGERS,

    *Intervenors-Defendants.*

Case No. 8:25-cv-2486
**THREE-JUDGE PANEL**

## NOTICE OF APPEAL OF ORDERS GRANTING MOTIONS TO DISMISS

Notice is hereby given that Plaintiffs appeal to the Supreme Court of the

United States from this Court's July 7, 2026, Orders dismissing the complaint

with prejudice. Docs. 111, 112. This appeal is taken under Pub. L. No. 105-119,

§ 209(e), 111 Stat. 2440, 2482 (1997).

1

DATED: July 10, 2026                              Respectfully submitted,

*/s/ Emily Percival*
Emily Percival (FBN 119313)            R. Quincy Bird (FBN 105746)
James K. Rogers (AZ Bar # 027287)*     Timothy W. Weber (FBN 86789)
Robert A. Crossin (IN Bar # 39340-49)* Jeremy D. Bailie (FBN 118558)
Alice Kass (MD Bar # 2511201130)*      WEBER, CRABB & WEIN, P.A.
AMERICA FIRST LEGAL FOUNDATION         5453 Central Avenue
611 Pennsylvania Ave., SE #231         St. Petersburg, FL 33710
Washington, D.C. 20003                 Phone: (727) 828-9919
Phone: (202) 964-3721                  timothy.weber@webercrabb.com
emily.percival@aflegal.org             jeremy.bailie@webercrabb.com
james.rogers@aflegal.org               quincy.bird@webercrabb.com
bobby.crossin@aflegal.org              Secondary:
alice.kass@aflegal.org                 lisa.willis@webercrabb.com
                                       honey.rechtin@webercrabb.com
                                       natalie.deacon@webercrabb.com

                                       *Admitted *pro hac vice*

                                       *Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically served all counsel of record for the parties who have appeared.

                                       */s/ Emily Percival*
                                       Emily Percival (FBN 119313)

2