# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  26-12504-E
Case Style:  University of South Florida College Republicans, et al v. U.S. Secretary of Commerce, et al
District Court Docket No:  8:25-cv-02486-WFJ-SDM-RSR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 26-12504

————————————

UNIVERSITY OF SOUTH FLORIDA COLLEGE
REPUBLICANS,
PRESIDENT MICHAEL FUSELLA,
  individually,
PINELLAS COUNTY YOUNG REPUBLICANS,
PRESIDENT PARISA MOUSAVI,
  individually,
BRYON L. DONALDS,
  in his official capacity as a Member of Congress, et al.,

                           *Plaintiffs-Appellants,*

*versus*

SECRETARY OF COMMERCE,
ACTING DIRECTOR, U.S. CENSUS BUREAU,
  in their official capacities,

                           *Defendants-Appellees,*

ALLICANCE FOR RETIRED AMERICANS,
MANUEL GUERRERO,
CAMERON DRIGGERS,

                           *Intervenors-Appellees.*

2                          Order of the Court                          26-12504

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-02486-WFJ-SDM-RSR

————————————————

Before JILL PRYOR, NEWSOM, and GRANT, Circuit Judges.

BY THE COURT:

The district court clerk transmitted a notice of appeal of the district court's July 7, 2026, orders dismissing the complaint with prejudice. The notice of appeal states that the plaintiffs appeal to the Supreme Court of the United States and seek direct review by that Court of three-judge district court orders pursuant to Pub. L. No. 105-119, § 209(e), 111 Stat. 2440, 2482 (1997). Because the notice of appeal was erroneously transmitted to this Court, this appeal is DISMISSED. *See* Sup. Ct. R. 18.3.